UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-00211 |
| | ) | |
| BRITTAN KETTLES | ) | Judge Sharp |
| | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 22, 2012, this Court entered an Agreed Preliminary Order of Forfeiture as to Defendant Brittan Kettles ordering Defendant Kettles to forfeit the following property:

  (a)  $1,500 in counterfeit currency;

  (b)  Dell desktop computer with serial number CJCB6-GC8F8-7H47B-HR69W-8J8WJ;

  (c)  CBW Diplomat CPU computer tower with serial number R3T2FYKRW79C8TTGH4PQ96JV8;

  (d)  HP Officejet 4500 All-In-One printer with serial number CN026F51J3;

  (e)  HP 901 printer cartridge; and

  (f)  Samsung mobile telephone

(hereinafter collectively referred to as "Subject Property") all seized from Brittan Kettles on or about September 1, 2011; and

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying all third parties of their right to

1

petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised online at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on February 24, 2012 and ending on March 24, 2012; and

WHEREAS, on March 12, 2012, pursuant to 21 U.S.C. § 853(n), Veronica Campbell was sent direct notice of this forfeiture by regular mail and certified mail and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Agreed Preliminary Order, and further notifying her of that she had thirty (30) days from the date of the direct notice or thirty (30) days from the end of publication, whichever was earlier, to petition the court for a hearing to adjudicate the validity of her alleged interest in the property. Said notice was received on March 13, 2012; and

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from all drives and/or computer media of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party

interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law once Defendant's conviction has been affirmed on direct appeal, or earlier if no direct appeal is taken.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this ____ day of _____

*Kevin H. Sharp*
KEVIN H. SHARP
United States District Judge