UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00211 |
| | ) | JUDGE SHARP |
| BRITTAN KETTLES | ) | |

## O R D E R

The Defendant, Brittan Kettles, shall appear before the Court on **Friday, October 3, 2014, at 1:30 p.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

IT IS SO ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE