UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00211 |
| | ) | JUDGE SHARP |
| BRITTAN KETTLES | ) | |

## O R D E R

Pending before the Court is Brittan Kettles' Motion to Continue His Revocation Hearing (Docket No. 114) to which there is no opposition.

The motion is GRANTED and the hearing scheduled for October 3, 2014, is hereby rescheduled for Monday, December 8, 2014, at 3:00 p.m.

IT IS SO ORDERED.

*(signed)* Kevin H. Sharp
———————————————
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE