UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:11-00211 |
| | ) | JUDGE SHARP |
| BRITTAN KETTLES | ) | |

## **O R D E R**

Pending before the Court is Counsel's Motion to Continue the Revocation Hearing of Brittan Kettles (Docket No. 132) to which the Government does not oppose.

The motion is GRANTED and the revocation hearing scheduled for April 13, 2015, is hereby rescheduled for Monday, May 11, 2015, at 10:00 a.m.

IT IS SO ORDERED.

*/s/ Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE